IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MILLER HENLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:14-CV-2893-K |
| | § | |
| SELECT PORTFOLIO SERVICING, INC. | § | |
| | § | |
| Defendant. | § | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Defendant Select Portfolio Servicing, Inc.'s Motion for Summary Judgment (Doc. No. 9), is hereby **GRANTED**. Plaintiff's claims are hereby **DISMISSED** with prejudice.

**SO ORDERED.**

Signed December 11th, 2015.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE